**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Civil Action No: 1:25-cv-10949-WGY**

**Jane Smith
Plaintiff**

**v.**

**John Roe, et al
Defendants**

**ORDER FOR
CLOSURE**

**YOUNG, D.J.**

In accordance with the Court's oral order at the 3/20/2026 hearing giving plaintiff 30 days to obtain counsel, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment. The case shall be automatically reactivated on April 21, 2026 or when counsel for plaintiff files an appearance, whichever is first.

By the Court,

/s/ Kellyann Belmont

Deputy Clerk

March 20, 2026