# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE SMITH,<br>    Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-10949-WGY |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jane Smith, proceeding pro se, hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Electronic Order entered April 29, 2026 (Dkt. 58), which DENIED Plaintiff's Motion for Temporary Maintenance of Documents Under Seal and for Interim Protective Relief (Dkt. 46) and ALLOWED Defendants' Cross-Motion to Compel Service of Plaintiff's Documents (Dkt. 57).

Respectfully submitted,

*Jane Smith*

Jane Smith, Plaintiff Pro Se
ASPIRE c/o Jane Smith
6 Liberty Sq Suite 94450
Boston, MA 02109
jane@joinaspire.org, (617) 798-0945

Dated: May 4, 2026

1

## CERTIFICATE OF SERVICE

I, Jane Smith, hereby certify that on May 4, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served by email upon:

Daryl J. Lapp, Esq., Troutman Pepper Locke, 111 Huntington Avenue, Boston, MA 02199, Daryl.lapp@troutman.com

Patrick J. Hannon, Esq., Hartley Michon Robb Hannon, LLP, 101 Federal Street, Suite 1810, Boston, MA 02110, phannon@hmrhlaw.com

/s/ Jane Smith
Jane Smith, Plaintiff Pro Se