# United States Court of Appeals
## For the First Circuit

No.  26-1510

JANE SMITH, individually and derivatively on behalf of AI Company,

Plaintiff - Appellant,

v.

JOHN ROE; MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendants - Appellees.

Before

Gelpí, Montecalvo, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: May 5, 2026

Plaintiff-appellant Jane Smith has filed an "Emergency Motion for Limited Stay of the April 29, 2026 District Court Order Pursuant to FRAP 8(a)(2)(A)."  Currently, Appellant has pending in the district court a motion seeking a limited stay of that court's order.  We deny the motion without prejudice to refiling after the district court rules on the stay motion.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane Smith
Barbara A. Robb
Daryl J. Lapp
Patrick J. Hannon
Austin Walsh Smith
Nathalie Vega Orlandini