UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE SMITH, individually and derivatively on behalf of AI Company (a pseudonym)<br><br>           Plaintiff,<br><br>       v.<br><br>JOHN ROE (a pseudonym), MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>           Defendants. | CIVIL ACTION<br>NO. 25-10949-WGY |

YOUNG, D.J.                                          May 27, 2026

**ORDER**

The Defendants' Motion to Enforce the Court's Order of April 29, 2026, ECF No. 72, is **GRANTED.** Smith shall serve the documents filed under seal and ex parte on March 23, 2026, to defense counsel no later than June 3, 2026. Failure to serve the documents to defense counsel by this date shall result in the dismissal of the case. Following the production of documents to the defense, the Court shall determine whether the documents ought be placed on the public docket.

**SO ORDERED.**

WILLIAM G. YOUNG
DISTRICT JUDGE

[1]