# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JANE SMITH,
    Plaintiff,

v.

JOHN ROE (a pseudonym),
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,
    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:25-cv-10949-WGY

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jane Smith, appearing pro se, appeals to the United States Court of Appeals for the First Circuit from the orders pronounced orally from the bench at the motion hearing held on May 7, 2026, and entered on the docket on May 8, 2026 (ECF No. 68).

The orders appealed from include an order whose effect is to revoke or curtail Plaintiff's pseudonymity, which is immediately appealable under the collateral order doctrine. *See Doe v. Massachusetts Institute of Technology*, 46 F.4th 61 (1st Cir. 2022). The same rulings, pronounced orally from the bench, also dismissed two of the claims in the Complaint (the derivative claims and the Chapter 93A claim); imposed a conditional dismissal sanction; and denied the procedural relief Plaintiff sought in her Opposition and Cross-Motion to Strike (ECF No. 25), including: (i) her cross-motion to strike under Federal Rule of Civil Procedure 12(f); (ii) her alternative request that the Court order Defendants to identify which Rule 12(b) defense they invoke, to state the applicable legal standard including whether they rely on matters outside the pleadings, to remove non-Rule 12 motions from their memorandum, and to remove fabricated evidence and unsupported assertions, with time for Plaintiff to respond; and (iii) her further alternative request to strike the offending portions of Defendants' filings. To the extent any of those orders is not

itself final, Plaintiff appeals from it as encompassed within this appeal of the appealable order, under the authority permitting a court of appeals to review nonfinal orders together with an order properly before it. The precise terms of the orders encompassed in this appeal will be verified from the official transcript of the hearing.

This appeal is timely under Federal Rule of Appellate Procedure 4, filed within thirty days of the orders, as extended to the next business day under Federal Rule of Appellate Procedure 26(a).

Respectfully submitted,

/s/ Jane Smith
Jane Smith, Plaintiff Pro Se
ASPIRE c/o Jane Smith
6 Liberty Square, Suite 94450
Boston, MA 02109
jane@joinaspire.org
(617) 798-0945

Dated: June 8, 2026

## CERTIFICATE OF SERVICE

I, Jane Smith, hereby certify that on June 8, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be served by first-class mail, postage prepaid, upon counsel of record:

Daryl J. Lapp, Esq., Troutman Pepper Locke, 111 Huntington Avenue, Boston, MA 02199 (counsel for Massachusetts Institute of Technology); and Barbara A. Robb, Esq., Hartley Michon Robb Hannon, LLP, 101 Federal Street, Suite 1810, Boston, MA 02110 (counsel for John Roe (a pseudonym)).

/s/ Jane Smith
Jane Smith, Plaintiff Pro Se