UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

JANE SMITH (a pseudonym),

       Plaintiff

   v.

JOHN ROE (a pseudonym) and
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

       Defendants

Civil Action No. 1:25-cv-10949-WGY

---

**DEFENDANTS' MOTION FOR PARTIAL RELIEF
FROM THE NOVEMBER TRIAL LIST**

Defendants John Roe and Massachusetts Institute for Technology respectfully move for partial relief from the Court's placement of this case on the running trial list for November 2026 – specifically, that the case be called for trial no earlier than November 10, 2026.  The basis for the request, as further set forth below, is Defendant John Roe's long-planned participation in an important religious observance from November 2 through November 9, 2026.  Also as set forth below, Plaintiff assents in part to the allowance of this motion.  In support of their motion, Defendants submit the accompanying Declaration of John Roe and state as follows.

1.      The Court assigned this case to its running trial list for November 2026 on May 7, 2026, following a hearing on Defendants' motion to dismiss the complaint.  Dkt. 68.

2.      At that time, counsel for Defendants was unaware of Roe's long-planned participation in a religious observance and related ceremonies, which will occur from November 2 through November 9, 2026.

3.      On November 4, 2022, Roe took vows in the Gelugpa lineage of Tibetan Buddhism.  Roe Decl., ¶ 4.  This lineage is best known for being led by His Holiness Tenzin Gyatso, the 14th Dalai Lama.  *Id.*

4. From November 2 through 9, 2026, Roe will be participating in a Buddhist religious ceremony that includes intensive solitary practices in silence, as well as ceremonial observances with Buddhists who have been training alongside him, in part to prepare for this ceremony, for the last three years. *Id.* ¶ 5.

5. The silent solitary practices are incompatible with Roe's responsibilities as a trial participant. *Id.* ¶ 6. In addition, the ceremonial observances require his physical presence out-of-state. *Id.*

6. In order for Roe to participate in this religious observance, Defendants request that the case be called for trial not earlier than November 10, 2026.

7. The undersigned counsel for MIT and Roe conferred with Plaintiff by email about the relief requested herein pursuant to Local Rule 7.1. Plaintiff stated, "I have no objection to the case not being called for trial during [Roe's] religious observance. That said, I would need a few days to investigate the issue to better understand whether I'd advocate for an earlier trial (say the end of October) rather than a later one (November 10 or later, as you suggested). So I would need a few days to let you know if I can assent in full, but agree immediately that the trial schedule should respect [Roe's] religious observance.

8. The undersigned, who is lead counsel for MIT and Roe, informed Plaintiff that he is not available for trial in October.

## Conclusion

Wherefore, MIT and Roe respectfully request that the case be called for trial no earlier than November 10, 2026.

JOHN ROE and MASSACHUSETTS
INSTITUTE OF TECHNOLOGY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO #554980
Nathalie Vega Orlandini, BBO #712480
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
617-239-0100
daryl.lapp@troutman.com

June 11, 2026                              nathalie.orlandini@troutman.com

## Local Rule 7.1 Certification

The undersigned counsel for Defendants conferred in good faith with Plaintiff in an effort to resolve or narrow the issue presented by this motion.

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO #554980

## Certificate of Service

I certify that on June 11, 2026, I caused a copy of this document to be served upon Plaintiff by email:

jane@joinaspire.org

and first-class mail:

ASPIRE c/o Jane Smith
6 Liberty Square, Suite 94450
Boston, MA  02109

/s/ *Daryl J. Lapp*
Daryl J. Lapp

3

251566759v1